UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

HUGO RODAS, (AND WIFE, ROSARIO RODAS),      08CV2698(AKH)

                              Plaintiff(s),        **NOTICE OF APPEARANCE**

         -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                              Defendants.

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
            April 24, 2008

                                                      Yours etc.,

                                                      HARRIS BEACH PLLC
                                                      *Attorneys for Defendant*
                                                      **CENTURY 21, INC., BLUE**
                                                      **MILLENNIUM REALTY LLC**

                                                      _____/s/_____
                                                      Stanley Goos, Esq. (SG-7062)
                                                      100 Wall Street
                                                      New York, NY  10005
                                                      212 687-0100
                                                      212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

/s/<br>Stanley Goos, Esq. (SG 7062)